

April 27, 2023

**Via ECF**
Honorable Alvin K. Hellerstein
United States District Court Judge
Southern District of New York
500 Pearl Street, Room 14D
New York, NY 10007

The conference is adjourned to June 2, 2023 at 10:00 a.m.

SO ORDERED.
/s/ Alvin Hellerstein
U.S.D.J
April 28, 2023

      RE:    *William Rhodes v. First Reliance Standard Life Insurance Company*, 1:22-cv-5264 (AKH)
             Request for Adjournment of Status Conference on May 5, 2023

Judge Hellerstein,

     I represent the Plaintiff, William Rhodes, in the above captioned case. I write today regarding the status conference scheduled before Your Honor on May 5, 2023 at 10:00 a.m. Unfortunately, counsel for the Plaintiff is unavailable as we are attending a conference on that date. We are also unavailable on the following Friday, May 12, 2023. Accordingly, we request an adjournment of the status conference until Friday, May 19, 2023. This is the first request for adjournment and counsel for the Defendant, First Reliance Standard Life Insurance Company, consents to this request.

     Thank you for your time and attention regarding this matter.

                                                        Respectfully Submitted,

                                                        Ryan J. McIntyre
                                                        RIEMER HESS LLC
                                                        *Attorneys for the Plaintiff*
                                                        275 Madison Avenue, 26th Floor
                                                        New York, NY 10016
                                                        P: 212-297-0700
                                                        F: 212-297-0730
                                                        rmcintyre@riemerhess.com